UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE DELORENZO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　-v-<br><br>ANIA COFFEY, *et al.*,<br><br>　　　　　　　　　　　Defendants. | 24-CV-1735 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (ECF No. 68.) The proposed settlement involves $30,000 to be allocated to Plaintiff Jesse DeLorenzo in connection with his FLSA claims. (*Id.* at 4) $12,815 of the settlement sum will be collected in attorney's fees and costs. (*Id.*)

　　The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

　　To that end, the proposed settlement at ECF No. 68 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

　　The Clerk of Court is directed to close the case.

　　SO ORDERED.

Dated: June 24, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge